**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Robert Clark                                                    CHAPTER 13
           Roxanne Clark

                                                          BKY. NO. 16-23941 CMB
                    Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-6 and index same on the master mailing list.

                                                             Respectfully submitted,

                                                             **/s/James C. Warmbrodt, Esquire**
                                                             James C. Warmbrodt, Esquire
                                                             Attorney I.D. No. 42524
                                                             KML Law Group, P.C.
                                                             BNY Mellon Independence Center
                                                            701 Market Street, Suite 5000
                                                            Philadelphia, PA 19106
                                                            412-430-3594
                                                            jwarmbrodt@kmllawgroup.com