**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | |
| | : | Case No. 16-23941-CMB |
| **Robert Clark and** | : | |
| **Roxanne Clark,** | : | |
|       Debtors | : | Chapter 13 |
| | : | |
| **Roxanne Clark,** | : | |
|       Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| **Pharmacy Data Management** | : | Related to Docket No. 88 |
| **1170 E. Western Reserve Road** | : | |
| **Poland, OH 44514** | : | |
| Attention:   Payroll Administrator, | : | |
|       Respondent | : | |
| | : | |
| and | : | Filed Under Local Bankruptcy |
| | : | Rule 9013.4 Para. 6(c) |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
|       Additional Respondent | : | |
| | : | |
| **Social Security No. xxx-xx-5576.** | : | |

### ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

The above-named Debtor(s), having filed a Chapter 13 petition and Debtor(s) or Trustee having moved to attach wages to fund the Chapter 13 Plan

IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the Debtor receives income:

> **Pharmacy Data Management**
> **1170 E. Western Reserve Road**
> **Poland, OH 44514**
> **Attention: Payroll Administrator**

shall deduct from said income the sum of One Thousand Four Hundred Eighty-Eight Dollars ($1,488.00) bi-weekly (each pay period). beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

RONDA J. WINNECOUR, ESQ.
CHAPTER 13 TRUSTEE, W.D. PA
POB 84051
CHICAGO, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that the above-named entity shall notify the Debtor's attorney, Lawrence W Willis, Esquire, Willis & Associates, 201 Penn Center Boulevard, Suite 400, Pittsburgh, PA 15235, (412) 825-5170, if the debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that the Debtors shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Form No. 12, that includes the debtor's full social security number on the above-named entity. Debtor shall file a certificate of service regarding service of the order and local form, but the social security number shall not be included on the certificate.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

IT IS FUTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

DATED this 4th day of November, 2020.

FILED
11/4/20 8:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Judge
Carlota M. Bohm

dmk

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                  Case No. 16-23941-CMB
Robert Clark                                                                                    Chapter 13
Roxanne Clark
     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2              User: dsaw                                                    Page 1 of 2
Date Rcvd: Nov 04, 2020           Form ID: pdf900                                               Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol      Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2020:**

**Recip ID**        **Recipient Name and Address**
db/jdb          +   Robert Clark, Roxanne Clark, 118 Leeper Dr, New Castle, PA 16102-2716
                +   Pharmac Data Management, Atten: Payroll, 1170 E. Western Reserve Road, Poland, OH 44514-3245

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2020                     Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2020 at the address(es) listed below:

**Name**                              **Email Address**
Brian Nicholas
                                      on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-6 bnicholas@kmllawgroup.com

Lawrence W. Willis
                                      on behalf of Debtor Robert Clark ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence W. Willis
                                      on behalf of Joint Debtor Roxanne Clark ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Office of the United States Trustee
                                      ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2      User: dsaw      Page 2 of 2
Date Rcvd: Nov 04, 2020      Form ID: pdf900      Total Noticed: 2

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com

TOTAL: 5