# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

07/09/2021

IN RE:

ROBERT CLARK                                    Case No.16-23941 CMB
ROXANNE CLARK
118 LEEPER DR                                   Chapter 13
NEW CASTLE,  PA  16102
XXX-XX-3885          Debtor(s)

XXX-XX-5576

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

/s/Trustee'sAdministrativAssistant

7/9/2021

CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | | |
|---|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:1  INT %: 0.00% | CRED DESC:  NOTICE ONLY | |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.:  3988/PRAE | |
| PO BOX 41021 | | | |
| | CLAIM:  0.00 | | |
| NORFOLK, VA  23541 | COMMENT:  LOWES/PRAE | | |

| | | | |
|---|---|---|---|
| **BANK OF NEW YORK MELLON - TRUSTEE** | Trustee Claim Number:2  INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI | |
| C/O CARRINGTON MORTGAGE SERVICES LLC | Court Claim Number:12 | ACCOUNT NO.:  8884 | |
| PO BOX 3730 | | | |
| | CLAIM:  0.00 | | |
| ANAHEIM, CA  92806 | COMMENT:  PMT/DECL*DKT4LMT*BGN 11/16*FR BNYM C/O DITECH-D52 | | |

| | | | |
|---|---|---|---|
| **WELLS FARGO BANK NA D/B/A WELLS FARGO** | Trustee Claim Number:3  INT %: 4.25% | CRED DESC:  VEHICLE | |
| PO BOX 17900 | Court Claim Number:1 | ACCOUNT NO.:  2302 | |
| | CLAIM:  10,050.00 | | |
| DENVER, CO  80217-0900 | COMMENT:  $/CL-PL@4.25%MDF/PL*W/33 | | |

| | | | |
|---|---|---|---|
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:4  INT %: 0.00% | CRED DESC:  PRIORITY CREDITOR | |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:4 | ACCOUNT NO.:  3885 | |
| PO BOX 7317 | | | |
| | CLAIM:  7,367.79 | | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  $/CL-PL | | |

| | | | |
|---|---|---|---|
| **A 1 COLLECTION SERVICE++** | Trustee Claim Number:5  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR | |
| 101 GROVERS MILL RD STE 303 | Court Claim Number: | ACCOUNT NO.:  2102 | |
| | CLAIM:  0.00 | | |
| LAWRENCEVILLE, NJ  08648 | COMMENT:  NT ADR~NO$/SCH | | |

| | | | |
|---|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:6  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR | |
| PO BOX 12914 | Court Claim Number:11 | ACCOUNT NO.:  9862 | |
| | CLAIM:  3,414.12 | | |
| NORFOLK, VA  23541 | COMMENT:  CAP ONE | | |

| | | | |
|---|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:7  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR | |
| PO BOX 12914 | Court Claim Number:10 | ACCOUNT NO.:  0548 | |
| | CLAIM:  723.76 | | |
| NORFOLK, VA  23541 | COMMENT:  CAP ONE | | |

| | | | |
|---|---|---|---|
| **CAVALRY SPV I LLC - ASSIGNEE(*)** | Trustee Claim Number:8  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR | |
| C/O CAVALRY PORTFOLIO SERVICES LLC* | Court Claim Number:9 | ACCOUNT NO.:  8030 | |
| PO BOX 27288 | | | |
| | CLAIM:  611.43 | | |
| TEMPE, AZ  85282 | COMMENT:  NO$/SCH*HSBC BANK NEVADA*ORCHARD*CHG OFF 2/29/2012 | | |

| | | | |
|---|---|---|---|
| **JPMORGAN CHASE BANK NA** | Trustee Claim Number:9  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR | |
| PO BOX 15298 | Court Claim Number: | ACCOUNT NO.:  6039 | |
| | CLAIM:  0.00 | | |
| WILMINGTON, DE  19850 | COMMENT:  NO$/SCH | | |

| | | | |
|---|---|---|---|
| **COMENITY BANK** | Trustee Claim Number:10 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR | |
| PO BOX 182272 | Court Claim Number: | ACCOUNT NO.:  4091 | |
| | CLAIM:  0.00 | | |
| COLUMBUS, OH  43218 | COMMENT:  NT ADR~NO$~BUCKLE/SCH | | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - COMENITY BANK** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:5 | ACCOUNT NO.: 7805 |
| | CLAIM:  123.58 | |
| KIRKLAND, WA  98083-0788 | COMMENT:  NO$/SCH*VICTORIAS SECRET | |
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:6 | ACCOUNT NO.: 6589 |
| | CLAIM:  2,272.82 | |
| KIRKLAND, WA  98083-0788 | COMMENT:  OVERSTOCK | |
| **LVNV FUNDING LLC, ASSIGNEE** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:8 | ACCOUNT NO.: 2272 |
| POB 10587 | CLAIM:  518.30 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  FNBM~CREDIT ONE | |
| **US DEPARTMENT OF EDUCATION** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED   (S) |
| C/O NELNET | Court Claim Number:3-2 | ACCOUNT NO.: 5576 |
| PO BOX 2837 | CLAIM:  0.00 | |
| PORTLAND, OR  97208 | COMMENT:  PMT/PL*PMT X (60+2)=LMT*X8079/SCH*AMD | |
| **FIDELITY PROPERTIES++** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 2055 | Court Claim Number: | ACCOUNT NO.: 9385 |
| | CLAIM:  0.00 | |
| ALLIANCE, OH  44601 | COMMENT:  NT ADR/SCH | |
| **FIRST FEDERAL CREDIT CONTROL** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 24700 CHAGRIN BLVD STE 205 | Court Claim Number: | ACCOUNT NO.: 3189 |
| | CLAIM:  0.00 | |
| CLEVELAND, OH  44122-5662 | COMMENT:  NO$/SCH | |
| **FIRST FEDERAL CREDIT CONTROL** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 24700 CHAGRIN BLVD STE 205 | Court Claim Number: | ACCOUNT NO.: 8892 |
| | CLAIM:  0.00 | |
| CLEVELAND, OH  44122-5662 | COMMENT: | |
| **FIRST FEDERAL CREDIT CONTROL** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 24700 CHAGRIN BLVD STE 205 | Court Claim Number: | ACCOUNT NO.: 8891 |
| | CLAIM:  0.00 | |
| CLEVELAND, OH  44122-5662 | COMMENT: | |
| **FIRST FEDERAL CREDIT CONTROL** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 24700 CHAGRIN BLVD STE 205 | Court Claim Number: | ACCOUNT NO.: 9346 |
| | CLAIM:  0.00 | |
| CLEVELAND, OH  44122-5662 | COMMENT: | |
| **FIRST FEDERAL CREDIT CONTROL** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 24700 CHAGRIN BLVD STE 205 | Court Claim Number: | ACCOUNT NO.: 3190 |
| | CLAIM:  0.00 | |
| CLEVELAND, OH  44122-5662 | COMMENT: | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **FIRST FEDERAL CREDIT CONTROL** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 24700 CHAGRIN BLVD STE 205 | Court Claim Number: | ACCOUNT NO.: 4071 |
| | CLAIM: 0.00 | |
| CLEVELAND, OH 44122-5662 | COMMENT: | |

| | | |
|---|---|---|
| **FIRST FEDERAL CREDIT CONTROL** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 24700 CHAGRIN BLVD STE 205 | Court Claim Number: | ACCOUNT NO.: 9344 |
| | CLAIM: 0.00 | |
| CLEVELAND, OH 44122-5662 | COMMENT: | |

| | | |
|---|---|---|
| **FIRST FEDERAL CREDIT CONTROL** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 24700 CHAGRIN BLVD STE 205 | Court Claim Number: | ACCOUNT NO.: 9343 |
| | CLAIM: 0.00 | |
| CLEVELAND, OH 44122-5662 | COMMENT: | |

| | | |
|---|---|---|
| **FIRST FEDERAL CREDIT CONTROL** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 24700 CHAGRIN BLVD STE 205 | Court Claim Number: | ACCOUNT NO.: 9347 |
| | CLAIM: 0.00 | |
| CLEVELAND, OH 44122-5662 | COMMENT: | |

| | | |
|---|---|---|
| **FIRST FEDERAL CREDIT CONTROL** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 24700 CHAGRIN BLVD STE 205 | Court Claim Number: | ACCOUNT NO.: 9345 |
| | CLAIM: 0.00 | |
| CLEVELAND, OH 44122-5662 | COMMENT: | |

| | | |
|---|---|---|
| **FIRST FEDERAL CREDIT CONTROL** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 24700 CHAGRIN BLVD STE 205 | Court Claim Number: | ACCOUNT NO.: 3191 |
| | CLAIM: 0.00 | |
| CLEVELAND, OH 44122-5662 | COMMENT: | |

| | | |
|---|---|---|
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O JEFFERSON CAPITAL SYSTEMS LLC* | Court Claim Number:7 | ACCOUNT NO.: 6565 |
| PO BOX 772813 | | |
| | CLAIM: 651.70 | |
| CHICAGO, IL 60677-2813 | COMMENT: REF 3338958340 | |

| | | |
|---|---|---|
| **GLOBAL RECEIVABLES SOLUTIONS++** | Trustee Claim Number:28 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 790113 | Court Claim Number: | ACCOUNT NO.: 3866 |
| | CLAIM: 0.00 | |
| SAINT LOUIS, MO 63179-0113 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **NELNET LOAN SERVICE** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 17460 | Court Claim Number: | ACCOUNT NO.: 8599 |
| | CLAIM: 0.00 | |
| DENVER, CO 80217-0460 | COMMENT: NT ADR~NO$~NTC ONLY/SCH | |

| | | |
|---|---|---|
| **13.7 LLC** | Trustee Claim Number:30 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 1931 | Court Claim Number:2 | ACCOUNT NO.: 3689 |
| | CLAIM: 466.15 | |
| BURLINGAME, CA 94011-1931 | COMMENT: NO$~X3689/SCH*BUCKEYE LENDING SOLUTIONS*FR PLAZA SERVICES DOC 48*IN | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **TEK COLLECT** | Trustee Claim Number:31 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 1269 | Court Claim Number: | ACCOUNT NO.: 3634 |
| | CLAIM: 0.00 | |
| COLUMBUS, OH 43216 | COMMENT: | |

| | | |
|---|---|---|
| **TEK COLLECT** | Trustee Claim Number:32 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 1269 | Court Claim Number: | ACCOUNT NO.: 8418 |
| | CLAIM: 0.00 | |
| COLUMBUS, OH 43216 | COMMENT: | |

| | | |
|---|---|---|
| **WELLS FARGO BANK NA D/B/A WELLS FARGO** | Trustee Claim Number:33 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 17900 | Court Claim Number:1 | ACCOUNT NO.: 2302 |
| | CLAIM: 1,097.72 | |
| DENVER, CO 80217-0900 | COMMENT: NO GEN UNS/SCH*W/3 | |

| | | |
|---|---|---|
| **BANK OF NEW YORK MELLON - TRUSTEE** | Trustee Claim Number:34 INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| C/O CARRINGTON MORTGAGE SERVICES LLC | Court Claim Number:12 | ACCOUNT NO.: 8884 |
| PO BOX 3730 | | |
| | CLAIM: 34,135.15 | |
| ANAHEIM, CA 92806 | COMMENT: $/CL-PL*THRU 10/16*FR BNYM C/O DITECH-D52 | |

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:35 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:4 | ACCOUNT NO.: 3885 |
| PO BOX 7317 | | |
| | CLAIM: 1,170.52 | |
| PHILADELPHIA, PA 19101-7317 | COMMENT: CL4GOVS*NO GEN UNS/SCH | |

| | | |
|---|---|---|
| **BANK OF NEW YORK MELLON - TRUSTEE** | Trustee Claim Number:36 INT %: 0.00% | CRED DESC: Post Petition Claim (1305) |
| C/O CARRINGTON MORTGAGE SERVICES LLC | Court Claim Number:12 | ACCOUNT NO.: 8884 |
| PO BOX 3730 | | |
| | CLAIM: 0.00 | |
| ANAHEIM, CA 92806 | COMMENT: DISALLOWED/DOE*$650 NTC PP FEE/EXP*REF CL*W/34*FR BNYM C/O DITECH-D5: | |

| | | |
|---|---|---|
| **WELLS FARGO BANK NA - INDENTURE TRUSTE** | Trustee Claim Number:37 INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEI |
| C/O DITECH FINANCIAL LLC(*)++ | Court Claim Number:13 | ACCOUNT NO.: 5364 |
| ATTN: BK CASH MANAGEMENT - FLOOR 22, J25 | | |
| 301 W BAY ST | CLAIM: 0.00 | |
| JACKSONVILLE, FL 32202 | COMMENT: CL 13@21969.44 W/D-DOC 81 | |

| | | |
|---|---|---|
| **KML LAW GROUP PC*** | Trustee Claim Number:38 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA 19106 | COMMENT: BANK OF NY MELLON/PRAE | |