Certificate Number: 05781-PAW-DE-036083868

Bankruptcy Case Number: 16-23941



05781-PAW-DE-036083868

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 22, 2021</u>, at <u>11:10</u> o'clock <u>AM PDT</u>, <u>Robert Clark</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>October 22, 2021</u>         By:     <u>/s/Allison M Geving</u>

                                        Name:   <u>Allison M Geving</u>

                                        Title:   <u>President</u>