Certificate Number: 05781-PAW-DE-036083869

Bankruptcy Case Number: 16-23941



05781-PAW-DE-036083869

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 22, 2021, at 11:10 o'clock AM PDT, Roxanne Clark completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   October 22, 2021              By:   /s/Allison M Geving

                                      Name:   Allison M Geving

                                      Title:   President