**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  ROBERT CLARK<br>ROXANNE CLARK<br>            Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>      Movant<br>        vs.<br>  ROBERT CLARK<br>ROXANNE CLARK<br><br>      Respondents | Case No.16-23941CMB<br><br>Chapter 13<br><br>Document No. 97 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this __2nd__ day of __November__, 20__21__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Pharmacy Data Management
Attn: Payroll Manager
1170 E Western Reserve Rd
Poland, OH 44514

is hereby ordered to immediately terminate the attachment of the wages of ROXANNE CLARK, social security number XXX-XX-5576. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ROXANNE CLARK.

FILED
11/2/21 3:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm    dmk
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23941-CMB |
| Robert Clark | Chapter 13 |
| Roxanne Clark | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 1 of 2 |
| Date Rcvd: Nov 02, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert Clark, Roxanne Clark, 118 Leeper Dr, New Castle, PA 16102-2716 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-6 bnicholas@kmllawgroup.com |
| Lawrence W. Willis | on behalf of Debtor Robert Clark ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | on behalf of Joint Debtor Roxanne Clark ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2 User: dsaw Page 2 of 2
Date Rcvd: Nov 02, 2021 Form ID: pdf900 Total Noticed: 1
TOTAL: 5