**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: Robert Clark and** | : | **Chapter 13** |
| **Roxanne Clark,** | : | |
| Movants | : | **Bankruptcy No. 16-23941-CMB** |
| _____ | : | |
| **Lawrence Willis, Esquire /** | : | |
| **Willis & Associates,** | : | **Related to Docket No. 103** |
| Applicant | : | |
| | : | **Hearing Date and Time:** |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Respondent | : | |

## CERTIFICATE OF SERVICE

I, Lawrence W Willis the undersigned Attorney of the law firm Willis & Associates, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the above-referenced Consent Order Granting Additional Attorney Fees on the parties at the addresses on the attached matrix by first class mail*.

EXECUTED ON: November 5, 2021       By: /s/ Lawrence Willis Esquire
                                    Lawrence W Willis, Esquire
                                    PA I.D. # 85299
                                    Willis & Associates
                                    201 Penn Center Blvd
                                    Pittsburgh, PA 15235
                                    Tel: 412.235.1721
                                    Fax: 412.542.1704
                                    lawrencew@urfreshstrt.com
                                    Attorney for Debtors

_____

*Parties served by the court electronically were not served by regular mail.

**MATRIX**

Robert & Roxanne Clark
118 Leeper Drive
New Castle, PA 16107

Ronda J. Winnecour
Suite 3250, USX Tower 600 Grant Street
Pittsburgh, PA 1521

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

A-1 Collections Svc
2297 State Highway 33 St
Hamilton Square, NJ 08690

Bankamerica
4909 Savarese Circle
Tampa, FL 33634

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

Cavalry Portfolio Serv
Po Box 27288
Tempe, AZ 85285

Chase Card
Po Box 15298
Wilmington, DE 19850

Comenity Bank/buckle
Po Box 182789
Columbus, OH 43218

Comenity Bank/vctrssec
Po Box 182789
Columbus, OH 43218

Comenitycapital/overst
Po Box 182120
Columbus, OH 43218

Credit One Bank Na
Po Box 98872
Las Vegas, NV 89193

Dept Of Education/neln
121 S 13th St
Lincoln, NE 68508

Ditech Financial Llc
332 Minnesota St Ste 610
Saint Paul, MN 55101

Fidelity Properties In
220 E Main St
Alliance, OH 44601

First Federal Credit C
24700 Chagrin Blvd Ste 2
Cleveland, OH 44122

First Federal Credit C
24700 Chagrin Blvd Ste 2
Cleveland, OH 44122

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107

Global Receivables Sol
7171 Mercy Rd Ste 105
Omaha, NE 68106

Gm Financial
Po Box 181145
Arlington, TX 76096

Nelnet Lns
Po Box 1649
Denver, CO 80201

Nelnet Lns
Po Box 1649
Denver, CO 80201

Plaza Servic
110 Hammond Drive Suite 110
Atlanta, GA 30328

Roadloans
7711 Center Ave
Huntington Beach, CA 92647

Tek-collect Inc
Pob 1269
Columbus, OH 43216

Tek-collect Inc
Pob 1269
Columbus, OH 43216

Verizon
500 Technology Dr
Weldon Spring, MO 63304

Wfds/wds
Po Box 1697
Winterville, NC 28590