# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Robert Clark and | : | Chapter 13 |
| Roxanne Clark, | : | |
| Movants | : | Bankruptcy No. 16-23941-CMB |
| _____ | : | |
| Lawrence Willis, Esquire / | : | |
| Willis & Associates, | : | Related to Docket No. 102 |
| Applicant | : | |
| | : | Hearing Date and Time: |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

## CONSENT ORDER APPROVING ADDITIONAL ATTORNEY FEES

**AND NOW**, this __4th__ day of __November__, 2021, upon consideration of the foregoing Consent Order, it is hereby ORDERED, ADJUDGED and DECREED:

1. The Debtors previously paid counsel an expense retainer of $500 from which out-of-pocket expenses could be paid during the case. The residual balance of the expense retainer is $0.00.

2. Previously, counsel was paid the "no look" fee of $4,000.00 for services rendered in the case. A portion of the "no look" fee was paid by the Debtor as a prepetition retainer in the amount of $1,000, while the remaining balance of $3,000 is to be paid by the chapter 13 trustee through the Debtors' confirmed plan.

3. Additional legal fees in excess of the "no look" fee remain due and owing to Willis & Associates in the amount of $700.00. The remaining balance shall be paid as follows:

    a. Fees in the amount of $700.00 shall be paid by the chapter 13 trustee to the extent such fees are provided for in the Debtors' confirmed chapter 13 plan;

4. The additional fees authorized by this *Order* are funded by the chapter 13 plan dated December 5, 2018 and the Order Confirming Plan dated February 5, 2019.

5. The Debtor shall serve a copy of this Order on the Creditors Matrix.

DATE: November 4, 2021            Respectfully Submitted,

By: /s/ Lawrence Willis Esquire
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704
lawrencew@urfreshstrt.com
Attorney for Debtors

Date: November 4, 2021

/s/ Ronda Winnecour
Ronda Winnecour, Esquire
Suite 3250, U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219
Attorney for the Trustee

BY THE COURT:

_____
Hon. Carlota M. Bohm
Chief United States Bankruptcy Judge

FILED
11/4/21 11:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Robert Clark and Roxanne Clark, | : | Chapter 13 |
| Movants | : | Bankruptcy No. 16-23941-CMB |
| _____ | : | |
| Lawrence Willis, Esquire / Willis & Associates, | : | Related to Docket No. 102 |
| Applicant | : | |
| | : | Hearing Date and Time: |
| vs. | : | |
| Ronda J. Winnecour, Esquire, Chapter 13 Trustee, | : | |
| Respondent | : | |

## CERTIFICATE OF SERVICE

I, Lawrence W Willis the undersigned Attorney of the law firm Willis & Associates, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the above-referenced Consent Order Granting Additional Attorney Fees on the parties at the addresses on the attached matrix by first class mail*.

EXECUTED ON: November 4, 2021

By: /s/ Lawrence Willis Esquire
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704
lawrencew@urfrcshstrt.com
Attorney for Debtors

*Parties served by the court electronically were not served by regular mail.

# MATRIX

Robert & Roxanne Clark
118 Leeper Drive
New Castle, PA 16107

Ronda J. Winnecour
Suite 3250, USX Tower 600 Grant Street
Pittsburgh, PA 1521

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

A-1 Collections Svc
2297 State Highway 33 St
Hamilton Square, NJ 08690

Bankamerica
4909 Savarese Circle
Tampa, FL 33634

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

Cavalry Portfolio Serv
Po Box 27288
Tempe, AZ 85285

Chase Card
Po Box 15298
Wilmington, DE 19850

Comenity Bank/buckle
Po Box 182789
Columbus, OH 43218

Comenity Bank/vctrssec
Po Box 182789
Columbus, OH 43218

Comenitycapital/overst
Po Box 182120
Columbus, OH 43218

Credit One Bank Na
Po Box 98872
Las Vegas, NV 89193

Dept Of Education/neln
121 S 13th St
Lincoln, NE 68508

Ditech Financial Llc
332 Minnesota St Ste 610
Saint Paul, MN 55101

Fidelity Properties Tn
220 E Main St
Alliance, OH 44601

First Federal Credit C
24700 Chagrin Blvd Ste 2
Cleveland, OH 44122

First Federal Credit C
24700 Chagrin Blvd Ste 2
Cleveland, OH 44122

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107

Global Receivables Sol
7171 Mercy Rd Ste 105
Omaha, NE 68106

Gm Financial
Po Box 181145
Arlington, TX 76096

Nelnet Lns
Po Box 1649
Denver, CO 80201

Nelnet Lns
Po Box 1649
Denver, CO 80201

Plaza Servic
110 Hammond Drive Suite 110
Atlanta, GA 30328

Roadloans
7711 Center Ave
Huntington Beach, CA 92647

Tek-collect Inc
Pob 1269
Columbus, OH 43216

Tek-collect Inc
Pob 1269
Columbus, OH 43216

Verizon
500 Technology Dr
Weldon Spring, MO 63304

Wfds/wds
Po Box 1697
Winterville, NC 28590

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23941-CMB |
| Robert Clark | Chapter 13 |
| Roxanne Clark | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 1 of 2 |
| Date Rcvd: Nov 04, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Robert Clark, Roxanne Clark, 118 Leeper Dr, New Castle, PA 16102-2716 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-6 bnicholas@kmllawgroup.com |
| Lawrence W. Willis | on behalf of Debtor Robert Clark ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | on behalf of Joint Debtor Roxanne Clark ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2  User: dsaw  Page 2 of 2
Date Rcvd: Nov 04, 2021  Form ID: pdf900  Total Noticed: 1
TOTAL: 5