| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Robert Clark<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3885<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Roxanne Clark<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5576<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 16–23941–CMB | |

# Order of Discharge                                                                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Robert Clark                                          Roxanne Clark

   <u>2/23/22</u>                              **By the court:** <u>Carlota M. Bohm</u>
                                                            United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Robert Clark  
Roxanne Clark  
    Debtors

Case No. 16-23941-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Feb 23, 2022      Form ID: 3180W      Total Noticed: 41

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert Clark, Roxanne Clark, 118 Leeper Dr, New Castle, PA 16102-2716 |
| cr | + | Ditech Financial LLC, Ditech Financial LLC, 1400 Turbine Drive Suite 200, Rapid City, SD 57703, US 57703-4719 |
| cr | + | The Bank of New York Mellon, et al, c/o Prober & Raphael, A Law Corporation, 20750 Ventura Boulevard, Suite 100, Woodland Hills, CA 91364-6207 |
| 14309559 | + | A-1 Collections Svc, 2297 State Highway 33 St, Hamilton Square, NJ 08690-1717 |
| 14309570 | + | Ditech Financial Llc, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 14309571 | + | Fidelity Properties In, 220 E Main St, Alliance, OH 44601-2423 |
| 14309589 | ++ | TRIAD FINANCIAL CORP, 5201 RUFE SNOW DRIVE, SUITE 400, NORTH RICHLAND HILLS TX 76180-6036 address filed with court:, Roadloans, 7711 Center Ave, Huntington Beach, CA 92647 |
| 14309590 | + | Tek-collect Inc, Pob 1269, Columbus, OH 43216-1269 |
| 14380368 | | The Bank of New York Mellon Trust Company, N.A.., c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 15151576 | | Wells Fargo Bank, NA as Trustee c/o, Ditech Financial LLC F/K/A Green Tree Se, PO Box 12740, Tempe AZ 85284-0046 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Feb 24 2022 04:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 23 2022 23:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 24 2022 04:53:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 23 2022 23:56:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14663117 | | EDI: LCIFULLSRV | Feb 24 2022 04:53:00 | 13.7, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14309560 | + | EDI: BANKAMER.COM | Feb 24 2022 04:53:00 | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14309561 | | EDI: CAPITALONE.COM | Feb 24 2022 04:53:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14737926 | + | Email/Text: BKBCNMAIL@carringtonms.com | Feb 23 2022 23:55:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14309563 | + | Email/Text: bankruptcy@cavps.com | Feb 23 2022 23:56:00 | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 14370025 | + | Email/Text: bankruptcy@cavps.com | Feb 23 2022 23:56:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14309565 | + | EDI: WFNNB.COM | Feb 24 2022 04:53:00 | Comenity Bank/buckle, Po Box 182789, Columbus, OH 43218-2789 |
| 14309566 | + | EDI: WFNNB.COM | Feb 24 2022 04:53:00 | Comenity Bank/vctrssec, Po Box 182789, Columbus, OH 43218-2789 |
| 14309567 | + | EDI: WFNNB.COM | Feb 24 2022 04:53:00 | Comenitycapital/overst, Po Box 182120, Columbus, OH 43218-2120 |
| 14309568 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 24 2022 00:00:46 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14309569 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 23 2022 23:56:00 | Dept Of Education/neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14309572 | | Email/Text: jill@ffcc.com | Feb 23 2022 23:55:00 | First Federal Credit C, 24700 Chagrin Blvd Ste 2, Cleveland, OH 44122 |
| 14309583 | + | EDI: AMINFOFP.COM | Feb 24 2022 04:53:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14309585 | + | EDI: PHINAMERI.COM | Feb 24 2022 04:53:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14321571 | | EDI: IRS.COM | Feb 24 2022 04:53:00 | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14309564 | | EDI: JPMORGANCHASE | Feb 24 2022 04:53:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14358032 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2022 00:11:44 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14309586 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 23 2022 23:56:00 | Nelnet Lns, Po Box 1649, Denver, CO 80201-1649 |
| 14309588 | | Email/Text: info@plazaservicesllc.com | Feb 23 2022 23:55:00 | Plaza Servic, 110 Hammond Drive Suite 110, Atlanta, GA 30328 |
| 14320168 | | Email/Text: info@plazaservicesllc.com | Feb 23 2022 23:55:00 | Plaza Services, 110 Hammond Drive, Suite 110, Atlanta, GA 30328 |
| 14378544 | | EDI: PRA.COM | Feb 24 2022 04:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14325376 | + | EDI: RECOVERYCORP.COM | Feb 24 2022 04:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14353429 | + | EDI: JEFFERSONCAP.COM | Feb 24 2022 04:53:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14348298 | | EDI: Q3G.COM | Feb 24 2022 04:53:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14348761 | | EDI: Q3G.COM | Feb 24 2022 04:53:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14309590 | + | Email/Text: Bankruptcy@TekCollect.com | Feb 23 2022 23:56:00 | Tek-collect Inc, Pob 1269, Columbus, OH 43216-1269 |
| 14328332 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 23 2022 23:56:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508, ElectronicBkyDocs@Nelnet.net 68508-1911 |
| 14309592 | + | EDI: VERIZONCOMB.COM | Feb 24 2022 04:53:00 | Verizon, 500 Technology Dr, Weldon Spring, MO |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 23, 2022 | Form ID: 3180W | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| | | | | 63304-2225 |
| 14319371 | | EDI: WFFC.COM | | |
| | | | Feb 24 2022 04:53:00 | Wells Fargo Bank, N.A., d/b/a WFDS, P.O. Box 19657, Irvine, CA 92623-9657 |
| 14309593 | + | EDI: WFFC.COM | | |
| | | | Feb 24 2022 04:53:00 | Wfds/wds, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | THE BANK OF NEW YORK MELLON, F/K/A The Bank of New |
| cr | * | 13.7, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| cr | *+ | Carrington Mortgage Services, LLC,, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14321556 | *+ | A-1 Collections Svc, 2297 State Highway 33 St, Hamilton Square, NJ 08690-1717 |
| 14309562 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14321557 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14321558 | *+ | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 14321560 | *+ | Comenity Bank/buckle, Po Box 182789, Columbus, OH 43218-2789 |
| 14321561 | *+ | Comenity Bank/vctrssec, Po Box 182789, Columbus, OH 43218-2789 |
| 14321562 | *+ | Comenitycapital/overst, Po Box 182120, Columbus, OH 43218-2120 |
| 14321563 | *+ | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14321564 | *+ | Dept Of Education/neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14321565 | *+ | Ditech Financial Llc, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 14309573 | *P++ | FIRST FEDERAL CREDIT CONTROL INC, 24700 CHAGRIN BLVD, SUITE 205, BEACHWOOD OH 44122-5662, address filed with court:, First Federal Credit C, 24700 Chagrin Blvd Ste 2, Cleveland, OH 44122 |
| 14309574 | *P++ | FIRST FEDERAL CREDIT CONTROL INC, 24700 CHAGRIN BLVD, SUITE 205, BEACHWOOD OH 44122-5662, address filed with court:, First Federal Credit C, 24700 Chagrin Blvd Ste 2, Cleveland, OH 44122 |
| 14309575 | *P++ | FIRST FEDERAL CREDIT CONTROL INC, 24700 CHAGRIN BLVD, SUITE 205, BEACHWOOD OH 44122-5662, address filed with court:, First Federal Credit C, 24700 Chagrin Blvd Ste 2, Cleveland, OH 44122 |
| 14309576 | *P++ | FIRST FEDERAL CREDIT CONTROL INC, 24700 CHAGRIN BLVD, SUITE 205, BEACHWOOD OH 44122-5662, address filed with court:, First Federal Credit C, 24700 Chagrin Blvd Ste 2, Cleveland, OH 44122 |
| 14309577 | *P++ | FIRST FEDERAL CREDIT CONTROL INC, 24700 CHAGRIN BLVD, SUITE 205, BEACHWOOD OH 44122-5662, address filed with court:, First Federal Credit C, 24700 Chagrin Blvd Ste 2, Cleveland, OH 44122 |
| 14309578 | *P++ | FIRST FEDERAL CREDIT CONTROL INC, 24700 CHAGRIN BLVD, SUITE 205, BEACHWOOD OH 44122-5662, address filed with court:, First Federal Credit C, 24700 Chagrin Blvd Ste 2, Cleveland, OH 44122 |
| 14309579 | *P++ | FIRST FEDERAL CREDIT CONTROL INC, 24700 CHAGRIN BLVD, SUITE 205, BEACHWOOD OH 44122-5662, address filed with court:, First Federal Credit C, 24700 Chagrin Blvd Ste 2, Cleveland, OH 44122 |
| 14309580 | *P++ | FIRST FEDERAL CREDIT CONTROL INC, 24700 CHAGRIN BLVD, SUITE 205, BEACHWOOD OH 44122-5662, address filed with court:, First Federal Credit C, 24700 Chagrin Blvd Ste 2, Cleveland, OH 44122 |
| 14309581 | *P++ | FIRST FEDERAL CREDIT CONTROL INC, 24700 CHAGRIN BLVD, SUITE 205, BEACHWOOD OH 44122-5662, address filed with court:, First Federal Credit C, 24700 Chagrin Blvd Ste 2, Cleveland, OH 44122 |
| 14309582 | *P++ | FIRST FEDERAL CREDIT CONTROL INC, 24700 CHAGRIN BLVD, SUITE 205, BEACHWOOD OH 44122-5662, address filed with court:, First Federal Credit C, 24700 Chagrin Blvd Ste 2, Cleveland, OH 44122 |
| 14321567 | *P++ | FIRST FEDERAL CREDIT CONTROL INC, 24700 CHAGRIN BLVD, SUITE 205, BEACHWOOD OH 44122-5662, address filed with court:, First Federal Credit C, 24700 Chagrin Blvd Ste 2, Cleveland, OH 44122 |
| 14321566 | *+ | Fidelity Properties In, 220 E Main St, Alliance, OH 44601-2423 |
| 14321568 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14321569 | *+ | Global Receivables Sol, 7171 Mercy Rd Ste 105, Omaha, NE 68106-2636 |
| 14321572 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 14321570 | *+ | Internal Revenue Service, Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14321559 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14309587 | *+ | Nelnet Lns, Po Box 1649, Denver, CO 80201-1649 |
| 14321573 | *+ | Nelnet Lns, Po Box 1649, Denver, CO 80201-1649 |
| 14321574 | *P++ | PLAZA SERVICES LLC, ATTN MANNY WILLIAMS, 110 HAMMOND DRIVE, SUITE 110, ATLANTA GA 30328-4806, address filed with court:, Plaza Servic, 110 Hammond Drive Suite 110, Atlanta, GA 30328 |
| 14309591 | *+ | Tek-collect Inc, Pob 1269, Columbus, OH 43216-1269 |
| 14321575 | *+ | Tek-collect Inc, Pob 1269, Columbus, OH 43216-1269 |
| 14321576 | *+ | Wfds/wds, Po Box 1697, Winterville, NC 28590-1697 |
| 14309584 | ##+ | Global Receivables Sol, 7171 Mercy Rd Ste 105, Omaha, NE 68106-2636 |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Feb 23, 2022 | Form ID: 3180W | Total Noticed: 41 |

TOTAL: 1 Undeliverable, 36 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2022                               Signature:            /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-6 bnicholas@kmllawgroup.com |
| Lawrence W. Willis | on behalf of Debtor Robert Clark ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | on behalf of Joint Debtor Roxanne Clark ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5