# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ROBERT CLARK
ROXANNE CLARK
   Debtor(s)

Ronda J. Winnecour
   Movant
  vs.
No Repondents.

Case No.: 16-23941

Chapter 13

Document No.: 109

**ENTERED BY DEFAULT**

### ORDER OF COURT

AND NOW, this __23rd__ day of __February__, 20__22__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
2/23/22 9:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_ dmk
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Robert Clark  
Roxanne Clark  
    Debtors

Case No. 16-23941-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Feb 23, 2022      Form ID: pdf900      Total Noticed: 39

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert Clark, Roxanne Clark, 118 Leeper Dr, New Castle, PA 16102-2716 |
| cr | + | Ditech Financial LLC, Ditech Financial LLC, 1400 Turbine Drive Suite 200, Rapid City, SD 57703, US 57703-4719 |
| cr | + | The Bank of New York Mellon, et al, c/o Prober & Raphael, A Law Corporation, 20750 Ventura Boulevard, Suite 100, Woodland Hills, CA 91364-6207 |
| 14309559 | + | A-1 Collections Svc, 2297 State Highway 33 St, Hamilton Square, NJ 08690-1717 |
| 14309560 | + | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14309570 | + | Ditech Financial Llc, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 14309571 | + | Fidelity Properties In, 220 E Main St, Alliance, OH 44601-2423 |
| 14309589 | ++ | TRIAD FINANCIAL CORP, 5201 RUFE SNOW DRIVE, SUITE 400, NORTH RICHLAND HILLS TX 76180-6036 address filed with court:, Roadloans, 7711 Center Ave, Huntington Beach, CA 92647 |
| 14309590 | + | Tek-collect Inc, Pob 1269, Columbus, OH 43216-1269 |
| 14380368 | | The Bank of New York Mellon Trust Company, N.A.., c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 14319371 | | Wells Fargo Bank, N.A., d/b/a WFDS, P.O. Box 19657, Irvine, CA 92623-9657 |
| 15151576 | | Wells Fargo Bank, NA as Trustee c/o, Ditech Financial LLC F/K/A Green Tree Se, PO Box 12740, Tempe AZ 85284-0046 |
| 14309593 | + | Wfds/wds, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14663117 | | Email/Text: documentfiling@lciinc.com | Feb 23 2022 23:55:00 | 13.7, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14309561 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2022 00:00:53 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14737926 | + | Email/Text: BKBCNMAIL@carringtonms.com | Feb 23 2022 23:55:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 14309563 | + | Email/Text: bankruptcy@cavps.com | Feb 23 2022 23:56:00 | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 14370025 | + | Email/Text: bankruptcy@cavps.com | Feb 23 2022 23:56:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14309565 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 23 2022 23:56:00 | Comenity Bank/buckle, Po Box 182789, Columbus, OH 43218-2789 |
| 14309566 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 23 2022 23:56:00 | Comenity Bank/vctrssec, Po Box 182789, Columbus, OH 43218-2789 |
| 14309567 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 23 2022 23:56:00 | Comenitycapital/overst, Po Box 182120, Columbus, OH 43218-2120 |
| 14309568 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 24 2022 00:00:47 | Credit One Bank Na, Po Box 98872, Las Vegas, |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 23, 2022 | Form ID: pdf900 | Total Noticed: 39 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | NV 89193-8872 |
| 14309569 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 23 2022 23:56:00 | Dept Of Education/neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14309572 | | Email/Text: jill@ffcc.com | Feb 23 2022 23:55:00 | First Federal Credit C, 24700 Chagrin Blvd Ste 2, Cleveland, OH 44122 |
| 14309583 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 24 2022 00:01:04 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14309585 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 23 2022 23:56:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14321571 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 23 2022 23:56:00 | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14309564 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 24 2022 00:01:03 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14358032 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2022 00:11:32 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14309586 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 23 2022 23:56:00 | Nelnet Lns, Po Box 1649, Denver, CO 80201-1649 |
| 14309588 | | Email/Text: info@plazaservicesllc.com | Feb 23 2022 23:55:00 | Plaza Servic, 110 Hammond Drive Suite 110, Atlanta, GA 30328 |
| 14320168 | | Email/Text: info@plazaservicesllc.com | Feb 23 2022 23:55:00 | Plaza Services, 110 Hammond Drive, Suite 110, Atlanta, GA 30328 |
| 14378544 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2022 00:00:48 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14325376 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 24 2022 00:11:31 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14353429 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 23 2022 23:56:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14348298 | | Email/Text: bnc-quantum@quantum3group.com | Feb 23 2022 23:56:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14348761 | | Email/Text: bnc-quantum@quantum3group.com | Feb 23 2022 23:56:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14309590 | + | Email/Text: Bankruptcy@TekCollect.com | Feb 23 2022 23:56:00 | Tek-collect Inc, Pob 1269, Columbus, OH 43216-1269 |
| 14328332 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 23 2022 23:56:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508, ElectronicBkyDocs@Nelnet.net 68508-1911 |
| 14309592 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 23 2022 23:55:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | THE BANK OF NEW YORK MELLON, F/K/A The Bank of New |
| cr | * | 13.7, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| cr | *+ | Carrington Mortgage Services, LLC,, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14321556 | *+ | A-1 Collections Svc, 2297 State Highway 33 St, Hamilton Square, NJ 08690-1717 |

| | | |
|---|---|---|
| 14309562 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14321557 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14321558 | *+ | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 14321560 | *+ | Comenity Bank/buckle, Po Box 182789, Columbus, OH 43218-2789 |
| 14321561 | *+ | Comenity Bank/vctrssec, Po Box 182789, Columbus, OH 43218-2789 |
| 14321562 | *+ | Comenitycapital/overst, Po Box 182120, Columbus, OH 43218-2120 |
| 14321563 | *+ | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14321564 | *+ | Dept Of Education/neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14321565 | *+ | Ditech Financial Llc, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 14309573 | *P++ | FIRST FEDERAL CREDIT CONTROL INC, 24700 CHAGRIN BLVD, SUITE 205, BEACHWOOD OH 44122-5662, address filed with court:, First Federal Credit C, 24700 Chagrin Blvd Ste 2, Cleveland, OH 44122 |
| 14309574 | *P++ | FIRST FEDERAL CREDIT CONTROL INC, 24700 CHAGRIN BLVD, SUITE 205, BEACHWOOD OH 44122-5662, address filed with court:, First Federal Credit C, 24700 Chagrin Blvd Ste 2, Cleveland, OH 44122 |
| 14309575 | *P++ | FIRST FEDERAL CREDIT CONTROL INC, 24700 CHAGRIN BLVD, SUITE 205, BEACHWOOD OH 44122-5662, address filed with court:, First Federal Credit C, 24700 Chagrin Blvd Ste 2, Cleveland, OH 44122 |
| 14309576 | *P++ | FIRST FEDERAL CREDIT CONTROL INC, 24700 CHAGRIN BLVD, SUITE 205, BEACHWOOD OH 44122-5662, address filed with court:, First Federal Credit C, 24700 Chagrin Blvd Ste 2, Cleveland, OH 44122 |
| 14309577 | *P++ | FIRST FEDERAL CREDIT CONTROL INC, 24700 CHAGRIN BLVD, SUITE 205, BEACHWOOD OH 44122-5662, address filed with court:, First Federal Credit C, 24700 Chagrin Blvd Ste 2, Cleveland, OH 44122 |
| 14309578 | *P++ | FIRST FEDERAL CREDIT CONTROL INC, 24700 CHAGRIN BLVD, SUITE 205, BEACHWOOD OH 44122-5662, address filed with court:, First Federal Credit C, 24700 Chagrin Blvd Ste 2, Cleveland, OH 44122 |
| 14309579 | *P++ | FIRST FEDERAL CREDIT CONTROL INC, 24700 CHAGRIN BLVD, SUITE 205, BEACHWOOD OH 44122-5662, address filed with court:, First Federal Credit C, 24700 Chagrin Blvd Ste 2, Cleveland, OH 44122 |
| 14309580 | *P++ | FIRST FEDERAL CREDIT CONTROL INC, 24700 CHAGRIN BLVD, SUITE 205, BEACHWOOD OH 44122-5662, address filed with court:, First Federal Credit C, 24700 Chagrin Blvd Ste 2, Cleveland, OH 44122 |
| 14309581 | *P++ | FIRST FEDERAL CREDIT CONTROL INC, 24700 CHAGRIN BLVD, SUITE 205, BEACHWOOD OH 44122-5662, address filed with court:, First Federal Credit C, 24700 Chagrin Blvd Ste 2, Cleveland, OH 44122 |
| 14309582 | *P++ | FIRST FEDERAL CREDIT CONTROL INC, 24700 CHAGRIN BLVD, SUITE 205, BEACHWOOD OH 44122-5662, address filed with court:, First Federal Credit C, 24700 Chagrin Blvd Ste 2, Cleveland, OH 44122 |
| 14321567 | *P++ | FIRST FEDERAL CREDIT CONTROL INC, 24700 CHAGRIN BLVD, SUITE 205, BEACHWOOD OH 44122-5662, address filed with court:, First Federal Credit C, 24700 Chagrin Blvd Ste 2, Cleveland, OH 44122 |
| 14321566 | *+ | Fidelity Properties In, 220 E Main St, Alliance, OH 44601-2423 |
| 14321568 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14321569 | *+ | Global Receivables Sol, 7171 Mercy Rd Ste 105, Omaha, NE 68106-2636 |
| 14321572 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 14321570 | *+ | Internal Revenue Service, Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14321559 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14309587 | *+ | Nelnet Lns, Po Box 1649, Denver, CO 80201-1649 |
| 14321573 | *+ | Nelnet Lns, Po Box 1649, Denver, CO 80201-1649 |
| 14321574 | *P++ | PLAZA SERVICES LLC, ATTN MANNY WILLIAMS, 110 HAMMOND DRIVE, SUITE 110, ATLANTA GA 30328-4806, address filed with court:, Plaza Servic, 110 Hammond Drive Suite 110, Atlanta, GA 30328 |
| 14309591 | *+ | Tek-collect Inc, Pob 1269, Columbus, OH 43216-1269 |
| 14321575 | *+ | Tek-collect Inc, Pob 1269, Columbus, OH 43216-1269 |
| 14321576 | *+ | Wfds/wds, Po Box 1697, Winterville, NC 28590-1697 |
| 14309584 | ##+ | Global Receivables Sol, 7171 Mercy Rd Ste 105, Omaha, NE 68106-2636 |

TOTAL: 1 Undeliverable, 36 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2022          Signature:      /s/Joseph Speetjens

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 23, 2022 | Form ID: pdf900 | Total Noticed: 39 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brian Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-6 bnicholas@kmllawgroup.com |
| Lawrence W. Willis | on behalf of Debtor Robert Clark ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | on behalf of Joint Debtor Roxanne Clark ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5